UNITED STATES DISTRICT COURT

Northern District of California

Oakland Division

| | |
|---|---|
| SANTOKH SINGH DHARIWAL, | No. C 11-02593 LB |
| Plaintiff, | **ORDER TRANSFERRING CASE TO SAN JOSE DIVISION** |
| v. | |
| ALEJANDRO MAYORKAS, *et al.*, | |
| Defendants. | |

On May 31, 2011, Plaintiff Santokh Singh Dhariwal filed an immigration action against Defendants. Complaint, ECF No. 1. Mr. Dhariwal lives in Santa Clara county and, according to the complaint, a substantial portion of the events that give rise to the lawsuit occurred in Santa Clara county. *Id.* at ¶ 4. Consequently, Mr. Dhariwal requested that the clerk assign this matter to the San Jose division. *Id.* After reviewing the complaint and the civil cover sheet (indicating Mr. Dhariwal's preference for assignment to the San Jose division), the court finds that this matter's appropriate intra-district assignment is San Jose. *See* Civ. L.R. 3-2(e). Accordingly, the clerk shall reassign this action to a judge in the San Jose division pursuant to the court's Assignment Plan.

**IT IS SO ORDERED.**

Dated: June 30, 2011

_____
LAUREL BEELER
United States Magistrate Judge