UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| SANTOKH SINGH DHARIWAL,<br><br>          Plaintiff,<br>     v.<br><br>ALEJANDRO MAYORKAS, DIRECTOR,<br>UNITED STATES CITIZENSHIP AND<br>IMMIGRATION SERVICES, ET AL.,<br><br>          Defendants.<br>_____ | Case No.: C 11-02593 PSG<br><br>**ORDER SETTING DEADLINE FOR PARTIES TO FILE EITHER A "CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE," OR ELSE A "DECLINATION TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT"** |

Defendants move to dismiss. This case has been assigned to a Magistrate Judge. Before the court takes any further action, the court must determine whether or not all of the parties who have appeared consent to Magistrate Judge jurisdiction, or whether any of the parties request reassignment to a District Judge. Therefore,

IT IS HEREBY ORDERED that no later than September 12, 2011, each party who has not already done so shall file either a "Consent to Proceed Before a United States Magistrate Judge," or else a "Declination to Proceed Before a United States Magistrate Judge and Request for Reassignment." Both forms are available from the clerk of the court, or from the Forms (Civil)

section of the court's website at www.cand.uscourts.gov.

Dated: August 29, 2011

PAUL S. GREWAL
United States Magistrate Judge